■ CADLEROCK JOINT VENTURE II, L.P., Appellant, v SARITA SINGH, Respondent. [24 NYS3d 268]—

Order, Supreme Court, New York County (Lucy Billings, J.), entered April 25, 2014, which, to the extent appealed from as limited by the briefs, denied plaintiff's motion for summary judgment on an assigned promissory note, unanimously affirmed, without costs.

Summary judgment was properly denied. Even assuming that defendant's signature on the note was genuine (*see* UCC 3-307 [1]), plaintiff failed to meet its prima facie burden of

showing that it owned the note. Plaintiff claims that nonparty Wells Fargo Bank South Dakota, N.A., the original holder of the note, assigned it to nonparty Cadleway Properties, Inc. and that Cadleway Properties assigned the note to it. However, the first assignment says that Wells Fargo assigns to Cadleway Properties all of its right, title, and interest in each of the accounts identified in an account schedule which was supposed to be attached as exhibit A. However, the documents attached do not sufficiently establish the facts as alleged by plaintiff for the purpose of summary judgment.

In light of the above, we need not reach the parties' remaining arguments. Concur—Mazzarelli, J.P., Acosta, Andrias and Richter, JJ.